IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services <br><br> Defendant. | Civil Action No. _____ |

## LCVR 7.1 CERTIFICATE

Certificate required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Atlantic Urological Associates, P.A.; Sam Michaels, M.D.; Rebecca Page; Urology Care, Inc.; Urology Center of Alabama, P.C.; and Uropath, LLC, which have any outstanding securities in the hands of the public:

NONE

70186804.1

- 1 -

- 2 -

These representations are made in order that the judges of this court may determine the need for recusal.

          Respectfully submitted,

          FULBRIGHT & JAWORSKI L.L.P.

BY:   /s/ Dan M. Peterson_____
          Dan M. Peterson
          D.C. Bar No. 418360

          Wendy Butler Curtis
          D.C. Bar No. 475464
          Caroline Mew
          D.C. Bar No. 467354
          801 Pennsylvania Avenue, N.W.
          Washington, DC  20004
          Telephone:  (202) 662-0200
          Telecopier:  (202) 662-4643

          Attorneys for Plaintiffs

          Greg A. Cardenas
          Byrne, Cardenas & Smitherman, LLP
          5400 LBJ Freeway, Suite 1325
          Dallas, TX 75240

          Of Counsel

Dated:  January 24, 2008