AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Atlantic Urological Associates, P.A., et al., )
        Plaintiff(s) )
        ) **APPEARANCE**
        )
        vs. ) CASE NUMBER 1:08-cv-00141 (RMC)
Leavitt, )
        )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Caroline M. Mew__ as counsel in this
        (Attorney's Name)

case for: __Plaintiffs__
        (Name of party or parties)

1/25/08
Date

*[signature]*
Signature

467354
BAR IDENTIFICATION

Caroline M. Mew
Print Name

801 Pennsylvania Avenue NW
Address

Washington DC 20004
City    State    Zip Code

(202) 662-0200
Phone Number