A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Atlantic Urological Associates, P.A., et al.,

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
| vs. | ) |
| Leavitt, | ) |
|  | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:08-cv-00141 (RMC)

To the Clerk of this court and all parties of record:

Please enter the appearance of _Wendy Butler Curtis_ as counsel in this
(Attorney's Name)

case for: _Plaintiffs_
(Name of party or parties)

1/25/08
Date

475464
BAR IDENTIFICATION

Signature

**Wendy Butler Curtis**
Print Name

**801 Pennsylvania Avenue NW**
Address

**Washington DC 20004**
City        State        Zip Code

**(202) 662-0200**
Phone Number