IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC, <br><br>  Plaintiffs, <br><br>  v. <br><br> MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br>  Defendant. | Civil Action No. 1:08-cv-00141-RMC |

**PLAINTIFFS' CORRECTED APPLICATION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Atlantic Urological Associates, P.A.; Sam Michaels, M.D.; Rebecca Page; Urology Care, Inc.; Urology Center of Alabama, P.C.; and Uropath, LLC ("Plaintiffs"), hereby request an order preliminarily enjoining Defendant, Michael O. Leavitt in his Official Capacity as Secretary, United States Department of Health and Human Services, pending the hearing on the merits in this case.

Plaintiffs respectfully request that this Court enjoin the Secretary from enforcing that portion of the Final Rule published in the Federal Register on January 3, 2008 (73 Fed. Reg. 404) that permits or requires the application of the anti-markup rule in 42 C.F.R. § 414.50, as revised by the final rule published on November 27, 2007 (72 Fed. Reg. 66,222), to anatomic pathology diagnostic testing services furnished in a centralized building, as defined in the Stark Law (42 U.S.C. § 1395nn(b)(2)(A)). Plaintiffs request that enforcement of 42 C.F.R. § 414.50, as so

70210237.1

revised, in relation to anatomic pathology diagnostic services be enjoined until trial on the merits of this case, or until further order of the Court.

Absent this relief, the Plaintiffs will suffer irreparable harm before a final decision can be rendered in this case. The Plaintiffs have no adequate remedy at law. A preliminary injunction maintaining the status quo ante is necessary to preserve the Court's power to render a meaningful decision on the merits of this case. The facts and law which form the basis for this motion are set forth in the Complaint and in the Statement of Points and Authorities accompanying this application.

Pursuant to Local Rule 65.1(d), Plaintiffs request an expedited oral hearing no later than 20 days after the filing of this Application. Expedition is essential because without a preliminary injunction the laboratories owned by the physician group plaintiffs will be forced to close, investments in these laboratories will be permanently lost, plaintiff Uropath's existing business will be destroyed, and 91 Uropath employees will lose their jobs. Without a preliminary injunction the medical practices of twelve pathologists will be destroyed or severely injured. For none of these injuries do Plaintiffs have any administrative remedy, and neither Defendant nor any other person is answerable in damages for these injuries. Consequently, the Plaintiffs request that this Court grant expedited hearing of this application for preliminary injunctive relief.

Pursuant to Local Rule 7(m), Dan M. Peterson, counsel for Plaintiffs, hereby certifies as follows: At 3:30 p.m. on Thursday, January 24, I spoke with Marcus Christ, an attorney with the HHS Office of General Counsel. I advised Mr. Christ of the nature of the Application for Preliminary Injunction to be filed by Plaintiffs. Mr. Christ said that he could not state whether Defendant would oppose the Application, and referred this question to Mark Polston of the HHS

Office of General Counsel. Mr. Polston called me back at mid-day on Friday, January 25, and stated that he would have to ask the agency, and at present could not state whether Defendant would oppose this Application for Preliminary Injunction.

| | |
|---|---|
| January 25, 2008 | Respectfully submitted, |
| | FULBRIGHT & JAWORSKI, L.L.P. |
| | /s/ Dan M. Peterson<br>Dan M. Peterson<br>D.C. Bar No. 418360 |
| | Wendy Butler Curtis<br>D.C. Bar No. 475464<br>Caroline Mew<br>D.C. Bar No. 467354<br>801 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 662-0200<br>Facsimile: (202) 662-4643<br>Attorneys for Plaintiffs |
| | Greg A. Cardenas<br>Byrne, Cardenas & Smitherman, LLP<br>5400 LBJ Freeway, Suite 1325<br>Dallas, TX 75240<br>Telephone: (972) 371-5264<br>Facsimile: (972) 371-5270<br>Of Counsel |

- 1 -

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that true copies of the foregoing Plaintiffs' Corrected Application for Preliminary Injunction and Request for Expedited Hearing were furnished via U.S. Mail on January 25, 2008 to the Secretary, Department of Health & Human Services c/o General Counsel Department of Health & Human Services 200 Independence Avenue, SW Washington, DC 20201; United States Attorney for the District of Columbia c/o Civil Process Clerk U.S. Attorney's Office - Civil Division 501 3rd Street, NW Washington, DC 20530; and Attorney General of the United States c/o Department of Justice Room B-103 950 Pennsylvania Avenue, NW Washington, DC 20530.

                                                                      _/s/ Dan M. Peterson_____
                                                                        Dan M. Peterson
                                                                        D.C. Bar No. 418360