UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Atlantic Urological Associates et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-CV-00141-RMC ) ) |
| Michael O. Leavitt, as Secretary of United States Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter T. Wechsler, United States Department of Justice, hereby enters his appearance as counsel of record for Defendant Michael O. Leavitt, as Secretary of the United States Department of Health and Human Services. The clerk and all parties are requested to make service of all papers on Mr. Wechsler on behalf of defendant addressed as follows:

    For regular mailing:

    Peter T. Wechsler
    United States Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883, Benjamin Franklin Station
    Washington, DC 20044

For hand delivery:

Peter T. Wechsler
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7216
Washington, DC 20530
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Peter.Wechsler@usdoj.gov.

Dated: February 1, 2008

            Respectfully Submitted:

            PETER D. KEISLER
            Assistant Attorney General

            JEFFREY A. TAYLOR
            United States Attorney

            Sheila M. Lieber
            Deputy Branch Director

            */s/ Peter T. Wechsler*
            Peter T. Wechsler (MA 550339)
            Trial Attorney
            United States Department of Justice
            Civil Division
            Federal Programs Branch
            20 Massachusetts Avenue, N.W.
            Washington, D.C. 20530
            Tel.: (202) 514-2705
            Fax: (202) 616-8470
            Email: peter.wechsler@usdoj.gov
            *Attorneys for Defendant*