IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | Civil Action No. 1:08-cv-00141-RMC |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
TO ENDORSE, POSTPONE HEARING AND SET BRIEFING SCHEDULE**

On Monday, February 4, 2008, while engaged in what counsel for Plaintiffs believed to be good faith negotiations with government counsel to achieve an interim resolution regarding Plaintiff's Application for Preliminary Injunction, Plaintiffs were surprised to receive electronic notification of the Secretary's filing styled Defendant's Motion to Endorse His Interim Proposal, Postpone Hearing on Plaintiffs' Application for Preliminary Injunction, and Set Consolidated Briefing Schedule ("Defendant's Motion to Endorse").

In that Motion, Defendant describes his version of the settlement negotiations between the parties, and twice states that Plaintiffs have "rejected" the government's proposal. While the Court should not have to concern itself with disputes among counsel, it should be noted on the

record that Plaintiffs did not reject the proposal.  Instead, late in the day on Monday, February 4, counsel for Plaintiffs had informed government counsel that, after consultation with the Plaintiffs, a final answer would be forthcoming by the next morning, Tuesday, February 5. Agreement from the named Plaintiffs was, in fact, obtained by that morning.

There are a number of statements in Defendant's Motion to Endorse with which Plaintiffs differ, or which allude to matters that may need to be addressed at a later point.  However, in the interest of obtaining an interim resolution with respect to the Application for Preliminary Injunction, Plaintiffs do agree to the Proposed Order filed by Defendant in connection with his Motion to Endorse.

In a telephone discussion with the Court's law clerk on the morning of February 5, 2008, counsel for both parties noted the agreement of the parties to the Proposed Order, described one change in the Proposed Order agreed to by the parties, and stated that both parties were willing to remove the preliminary injunction hearing (currently scheduled for Thursday, February 7) from the docket  if the Court were to enter the agreed upon Order.  The change to the Proposed Order on which the parties are agreed is that the Plaintiffs' consolidated memorandum in reply to the Secretary's opposition to the Application and in opposition to the Secretary's dispositive motion would be due by March 7, 2008, rather than March 5, 2008, and it is requested that any Order issued by the Court reflect such change.

The Proposed Order states that a hearing will be held on the Preliminary Injunction Application and on Defendant's dispositive motion at a date convenient to the Court during the week of March 24, 2008.  Plaintiffs are not aware, of course, of the current state of the Court's calendar.  Because the delay in application of the anti-markup rule extends only until April 1

- 3 -

under the terms of the proposal, it is important to Plaintiffs that a hearing be held sufficiently in advance of April 1, 2008. If the week of March 24, 2008, is not convenient for the Court, Plaintiffs are willing to work with the Court to find an appropriate hearing date and to adjust the briefing schedule if necessary.

February 5, 2008                                   Respectfully submitted,

                                                   FULBRIGHT & JAWORSKI, L.L.P.


                                                   /s/ Dan M. Peterson
                                                   Dan M. Peterson
                                                   D.C. Bar No. 418360

                                                   Wendy Butler Curtis
                                                   D.C. Bar No. 475464
                                                   Caroline Mew
                                                   D.C. Bar No. 467354
                                                   801 Pennsylvania Avenue N.W.
                                                   Washington, D.C. 20004
                                                   Telephone: (202) 662-0200
                                                   Facsimile: (202) 662-4643
                                                   Attorneys for Plaintiffs

                                                   Greg A. Cardenas
                                                   Byrne, Cardenas & Smitherman, LLP
                                                   5400 LBJ Freeway, Suite 1325
                                                   Dallas, TX 75240
                                                   Telephone: (972) 371-5264
                                                   Facsimile: (972) 371-5270
                                                   Of Counsel