IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-00141-RMC |

## PROOF OF SERVICE

Pursuant to Federal Rules of Civil Procedure 4(i) and (l), it is hereby certified that on January 24, 2008, a Summons and copy of the Complaint in this case were sent via certified mail, return receipt requested, to the following:

    Attorney General of the United States
    c/o Department of Justice
    Room B-103
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530

    United States Attorney for the District of Columbia
    c/o Civil Process Clerk
    U.S. Attorney's Office – Civil Division
    501 3rd Street, NW
    Washington, D.C. 20530

70218739.1

- 2 -

Secretary, Department of Health & Human Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Attached as Exhibit A is a Declaration of Caroline M. Mew, attaching photocopies of the domestic return receipt cards and United States Postal Service delivery confirmation sheets indicating that the Summons and Complaint were received by the Secretary, Department of Health and Human Services, and the United States Attorney for the District of Columbia on January 29, 2008, and by the Attorney General of the United States on January 30, 2008.

February 6, 2008                                Respectfully submitted,

                                                FULBRIGHT & JAWORSKI, L.L.P.


                                                /s/ Dan M. Peterson
                                                Dan M. Peterson
                                                D.C. Bar No. 418360

                                                Wendy Butler Curtis
                                                D.C. Bar No. 475464
                                                Caroline Mew
                                                D.C. Bar No. 467354
                                                801 Pennsylvania Avenue N.W.
                                                Washington, D.C. 20004
                                                Telephone:  (202) 662-0200
                                                Facsimile:  (202) 662-4643
                                                Attorneys for Plaintiffs

                                                Greg A. Cardenas
                                                Byrne, Cardenas & Smitherman, LLP
                                                5400 LBJ Freeway, Suite 1325
                                                Dallas, TX 75240
                                                Telephone:  (972) 371-5264
                                                Facsimile:  (972) 371-5270
                                                Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:08-cv-00141-RMC ) ) ) ) ) ) ) ) |

## DECLARATION OF CAROLINE M. MEW

NOW COMES Caroline M. Mew and, pursuant to 28 U.S.C. § 1746, declares under oath as follows:

1. My name is Caroline M. Mew, and I am an attorney of record for plaintiffs in this action. I am over twenty-one years of age, and am fully competent to make this Declaration.

2. On January 24, 2008, I caused a Summons and a copy of the Complaint in this case to be sent via certified mail, return receipt requested, to the following:

> Attorney General of the United States
> c/o Department of Justice
> Room B-103
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530

70219206.1

United States Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office – Civil Division
501 3rd Street, NW
Washington, D.C. 20530

Secretary, Department of Health & Human Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

3. Attached hereto are photocopies of domestic return receipt cards and United States Postal Service delivery confirmation sheets indicating that the Summons and Complaint were received by the Secretary, Department of Health and Human Services, and the United States Attorney for the District of Columbia on January 29, 2008, and by the Attorney General of the United States on January 30, 2008.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 5, 2008.

*Caroline M. Mew*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Postmark Here

Sent To: Atty General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

7003 0500 0002 8048 3198

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
c/o Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JAN 3 0 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7003 0500 0002 8048 3198

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 0500 0002 8048 3198**
Status: **Delivered**

Your item was delivered at 4:42 AM on January 29, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Sent To: US Atty for the Dist of Columbia
Street, Apt. No.; or PO Box No. 501 3rd Street NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, June 2002         See Reverse for Instructions

7003 0500 0002 8048 3181

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office - Civil Division
501 3rd Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnetz Pinkn_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
JAN 2 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)  7003 0500 0002 8048 3181

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 0500 0002 8048 3181**
Status: **Delivered**

Your item was delivered at 4:42 AM on January 29, 2008 in WASHINGTON, DC 20530.

( Additional Details > )　( Return to USPS.com Home > )

**Track & Confirm** 
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　( Go > )

Site Map　　Contact Us　　Forms　　Gov't Services　　Jobs　　Privacy Policy　　Terms of Use　　National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.　　No FEAR Act EEO Data　　FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ 2.33 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.13 | |

Sent To: US Dept of Health & Human Svcs
Street, Apt. No.; or PO Box No. 200 Independence Ave SW
City, State, ZIP+4 Washington DC 20201

Article Number: 7003 0500 0002 8048 3204

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Secretary Dept. of Health and Human Services
   c/o General Counsel
   United States Dept. of Health and Human Services
   200 Independence Avenue, SW
   Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Dora Ricks  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Dora Ricks
C. Date of Delivery: 1-29-08
D. Is delivery address different from item 1? ☐ Yes    ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 8048 3204

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 0500 0002 8048 3204**
Status: **Delivered**

Your item was delivered at 6:44 AM on January 29, 2008 in WASHINGTON, DC 20201.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm** 
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA