UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Atlantic Urological Associates et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Michael O. Leavitt, as Secretary of )<br>United States Department of Health and )<br>Human Services, )<br>Defendant. )<br>) | No. 08-CV-00141-RMC |

**PROPOSED ORDER ON DEFENDANT'S MOTION
TO ENDORSE INTERIM PROPOSAL**

Having reviewed Defendants' Motion to Endorse Interim Proposal, Postpone Hearing on Plaintiffs' Application for Preliminary Injunction, and Set Consolidated Briefing Schedule, and plaintiffs' response, the Court hereby ORDERS as follows:

1. The Centers for Medicare & Medicaid Services ("CMS"), which administers the Medicare program on behalf of the Secretary of Health and Human Services ("Secretary"), will not apply the final anti-markup rule, 72 Fed. Reg. 66,222 (Nov. 27, 2007), as amended by 73 Fed. Reg. 404 (Jan. 3, 2008), to claims submitted between February 1 and April 1, 2008, seeking Medicare reimbursement for anatomic pathology diagnostic testing services that are furnished in a centralized building that does not qualify as the "same building" under the physician self-referral exception at 42 C.F.R. § 411.355(b). Such claims shall remain subject to all other Medicare requirements. In the event the Court subsequently affirms the anti-markup rule as applied to anatomic pathology diagnostic testing services, the Secretary shall not recoup any Medicare payments made for any such claims submitted from February 1 to April 1, 2008, based on failure to comply with the provision governing payment for such services furnished in a

centralized building that does not qualify as the "same building" under the physician self-referral exception.

2. The following briefing schedule is set for plaintiffs' Preliminary Injunction Application and the dispositive motion the Secretary intends to file: (a) the Secretary will file a consolidated memorandum in opposition to plaintiffs' Application and in support of his dispositive motion by February 20, 2008; (b) plaintiffs will file a consolidated memorandum in reply to the Secretary's opposition to the Application and in opposition to the Secretary's dispositive motion by March 7, 2008; and (c) the Secretary will file a memorandum in reply to plaintiffs' opposition to his dispositive motion by March 19, 2008.

3. A hearing will be held on the Preliminary Injunction Application and on defendant's dispositive motion at a date convenient for the Court during the week of March 24, 2008, *i.e.,* March 28, 2008 at 2pm.

SO ORDERED on this 8 day of Feb, 2008.

_____
Rosemary M. Collyer
United States District Judge

2