UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Atlantic Urological Associates et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08-CV-00141-RMC |
| v. ) | |
| ) | |
| Michael O. Leavitt, as Secretary of ) | |
| United States Department of Health and ) | |
| Human Services, ) | |
| Defendant. ) | |

## NOTICE OF MANUAL FILING

Please take notice that defendant Michael O. Leavitt, as Secretary of the Department of Health and Human Services, has manually filed the certified administrative rulemaking record.

The administrative record has not been filed electronically due to its size.

The administrative record has been manually served on all parties.

Dated: February 22, 2008

Respectfully Submitted:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

Sheila M. Lieber
Deputy Branch Director

*/s/ Peter T. Wechsler*
Peter T. Wechsler (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the Administrative Record was served on all parties by sending a copy by hand on this 22nd day of February, 2008, to plaintiffs' counsel, Dan M. Peterson, Fulbright & Jaworski, 801 Pennsylvania Avenue N.W., Washington, D.C. 20004.

*/s/ Peter T. Wechsler*