## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| **Atlantic Urological Associates et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 08-CV-00141-RMC** |
| **v.** | ) | |
| | ) | |
| **Michael O. Leavitt, as Secretary of** | ) | |
| **United States Department of Health and** | ) | |
| **Human Services,** | ) | |
| **Defendant.** | ) | |
| | ) | |

_____)

### DEFENDANT'S PROPOSAL TO EXTEND INTERIM AGREEMENT

1. Pursuant to the Court's request, the Secretary of Health and Human Services (Secretary") is willing to agree that the Centers for Medicare & Medicaid Services ("CMS"), which administers the Medicare program on the Secretary's behalf, will not at this time apply the anti-markup rule, 72 Fed. Reg. 66,222 (Nov. 27, 2007); 73 Fed. Reg. 404 (Jan. 3, 2008), to claims submitted between April 2 and May 2, 2008, seeking Medicare reimbursement for anatomic pathology diagnostic testing services that are furnished in a centralized building that does not qualify as the "same building" under the physician self-referral exception at 42 C.F.R. § 411.355(b). Such claims shall remain subject to all other Medicare requirements.

2. In the event the Court subsequently affirms the anti-markup rule as applied to anatomic pathology diagnostic testing services, the Secretary reserves the right to recoup any Medicare payments in excess of the amounts that would be permissible under the anti-markup rule for any such claims submitted between April 2 and May 2, 2008, based on failure to comply with the provision governing payment for such services furnished in a centralized building that does not qualify as the "same building" under the physician self-referral exception.

Dated: March 31, 2008

Respectfully Submitted:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

Sheila M. Lieber
Deputy Branch Director

*/s/ Peter T. Wechsler*
Peter T. Wechsler (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
*Attorneys for Defendant*