IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>  Defendant. | Civil Action No. 1:08-cv-00141-RMC |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
PROPOSAL TO EXTEND INTERIM AGREEMENT**

1.      On March 31, 2008, Defendant Secretary of Health and Human Services ("Secretary") filed a document styled Proposal to Extend Interim Agreement. In that document, the Secretary stated that the Centers for Medicare & Medicaid Services ("CMS") will not "at this time" apply the anti-markup rule to claims submitted between April 2, and May 2, 2008, seeking Medicare reimbursement for anatomic pathology diagnostic testing services furnished in a centralized building that is not the "same building" under 42 C.F.R. § 411.355(b).

2.      However, the Secretary claims to "reserve" the right to recoup any Medicare payments in excess of amounts that would be permissible under the anti-markup rule for any claims submitted between April 2, and May 2, 2008, based on failure to comply with the provision governing payment for such services furnished in a centralized building that does not qualify as the "same building" under the physician self-referral exception.

-2-

    3.    This proposal is not an "extension" of the interim agreement entered by the Court on February 8, 2008, since it does not prevent later recoupment. Neither does it delay the application of the anti-markup rule in any meaningful sense. Instead, it provides Plaintiffs and others with no protection whatsoever, while the Court completes its deliberations.

    4.    Accordingly, Plaintiffs urge the Court to enter a preliminary injunction, which by its terms extends the Court's previous order of February 8, 2008, until May 2, 2008.

March 31, 2008                                    Respectfully submitted,

                                           FULBRIGHT & JAWORSKI L.L.P.

                                           /s/ Dan M. Peterson
                                           Dan M. Peterson
                                           D.C. Bar No. 418360
                                           Caroline Mew
                                           D.C. Bar No. 467354
                                           801 Pennsylvania Avenue N.W.
                                           Washington, D.C. 20004
                                           Telephone: (202) 662-0200
                                           Facsimile: (202) 662-4643
                                           Attorneys for Plaintiffs

                                           Greg A. Cardenas
                                           Byrne, Cardenas & Smitherman, LLP
                                           5400 LBJ Freeway, Suite 1325
                                           Dallas, TX 75240
                                           Telephone: (972) 371-5264
                                           Facsimile: (972) 371-5270
                                           Of Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:08-cv-00141-RMC |

## ORDER

THE COURT, having considered Defendant's Proposal to Extend Interim Agreement, and Plaintiffs' response thereto, is of the opinion that the Court should grant a preliminary injunction in accordance with the terms of the Court's previous Order of February 8, 2008.

It is, therefore, ORDERED:

The Court's Order, entered on February 8, 2008, is hereby extended until May 2, 2008.

SIGNED on this the _____ day of _____, 2008.

_____
United States District Judge

80171171.1

Upon entry, this order is to be served upon the following:

>Dan M. Peterson
>Caroline Mew
>Fulbright & Jaworski L.L.P.
>Suite 500
>801 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2604
>
>Sheila M. Lieber
>Peter T. Wechsler
>United States Department of Justice
>Civil Division
>Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, DC 20530