UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A., *et al.*, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 08-141 (RMC) |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' motion for preliminary injunction [Dkt. #5] is **GRANTED**; and it is

**FURTHER ORDERED** that the Secretary of the Department of Health and Human Services is enjoined from enforcing that portion of the Final Rule published in the Federal Register on January 3, 2008 (73 Fed. Reg. 404) that permits or requires the application of the Anti-Markup Rule in 42 C.F.R. § 414.50, as revised by the final rule published on November 27, 2007 (72 Fed. Reg. 66,222), to anatomic pathology diagnostic testing services furnished in a centralized building, as defined in the Stark Law (42 U.S.C. § 1395nn(b)(2)(A)). Enforcement by the Secretary of 42 C.F.R. § 414.50, as so revised, in relation to anatomic pathology diagnostic testing services is enjoined until trial on the merits of this case, or until further order of the Court.

**SO ORDERED**.


Date: March 31, 2008                         _____/s/_____
                                             ROSEMARY M. COLLYER
                                             United States District Judge