UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Atlantic Urological Associates et al.,**  )  <br> )  <br> Plaintiffs,  )  <br> )  <br> v.  )  <br> )  <br> **Michael O. Leavitt, as Secretary of**  )  <br> **United States Department of Health and**  )  <br> **Human Services,**  )  <br> Defendant.  )  <br> ) | No. 08-CV-00141-RMC |

## NOTICE OF MANUAL FILING

Please take notice that defendant Michael O. Leavitt, as Secretary of the Department of Health and Human Services, in response to the Court's request at the hearing on March 28, 2008, is manually filing the record of "informal comments" received by the Department prior to its issuance of the January 3, 2008 rule (73 Fed. Reg. 404, 405), which did not go through notice and comment rulemaking.

This record has not been filed electronically due to its size.

This record has been manually served on all parties.

In filing this record, the Secretary reserves all objections to Plaintiffs' Motion to Compel Filing of Administrative Record (Docket No. 20), and maintains his position, as stated at oral argument, that this second record is not necessary for the Court to rule on the Secretary's pending Motion to Dismiss the Complaint.

Dated: April 4, 2008

>Respectfully Submitted:
>
>JEFFREY S. BUCHOLTZ
>Acting Assistant Attorney General
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>Sheila M. Lieber
>Deputy Branch Director
>
> /s/ Peter T. Wechsler
>Peter T. Wechsler (MA 550339)
>Trial Attorney
>United States Department of Justice
>Civil Division
>Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530
>Tel.: (202) 514-2705
>Fax: (202) 616-8470
>Email: peter.wechsler@usdoj.gov
>  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the Supplemental Administrative Record was served on all parties by sending a copy by hand on this 4th day of April, 2008, to plaintiffs' counsel, Dan M. Peterson, Fulbright & Jaworski, 801 Pennsylvania Avenue N.W., Washington, D.C. 20004.

> /s/ Peter T. Wechsler