IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael O. Leavitt, as Secretary of United States Department of Health and Human Services, <br><br> Defendant. | No. 08-CV-00141-RMC |

**Notice of Substitution of Counsel**

Due to the departure of Kevin Edwards from the law firm of Sidley Austin, LLP, Chantel Febus hereby, and with this filing, is Counsel of Record for *Amicus*, College of American Pathologists, in the above referenced case.

Dated: April 10, 2008

    Respectfully submitted,

    FOR *AMICUS CURIAE*
    COLLEGE OF AMERICAN PATHOLOGISTS

    /s/ [Chantel L. Febus]
    CHANTEL L. FEBUS
    D.C. Bar Number: D00242
    Sidley Austin LLP
    1501 K Street, N.W.

2

Washington D.C. 20005
(202) 736-8987

JAMES C. DECHENE
LARA LENITON LISS
Sidley Austin LLP

One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true copies of the foregoing Notice of Substitution of Counsel for *Amicus* the College of American Pathologists were sent via Federal Express on April 10, 2008, to:

DAN MARK PETERSON
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004

PETER T. WECHSLER
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

                /s/ [Chantel L. Febus]
                CHANTEL L. FEBUS