UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 08-141 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that the preliminary injunction order [Dkt. #26] is **VACATED**; and it is

**FURTHER ORDERED** that the Secretary's motion for reconsideration [Dkt. #29] and all other pending motions are **DENIED** as moot.

**SO ORDERED**.

Date: May 5, 2008　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　United States District Judge