IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATLANTIC UROLOGICAL ASSOCIATES, P.A.; SAM MICHAELS, M.D.; REBECCA PAGE; UROLOGY CARE, INC.; UROLOGY CENTER OF ALABAMA, P.C.; and UROPATH, LLC, <br><br>  Plaintiffs, <br><br>  v. <br><br> MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:08-cv-00141-RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL STATEMENT
PURSUANT TO LOCAL RULE LCvR 7(m)**

The undersigned counsel for Plaintiffs Atlantic Urological Associates, P.A. et al. hereby states that on Friday, May 16, 2008, he received an email from Peter Wechsler, counsel for Defendant Michael O. Leavitt, Secretary of Health and Human Services.  In that email, Mr. Wechsler states that Defendant opposes Plaintiffs' Motion to Clarify or Amend Order (Dkt. # 38).

80203085.1

1

-2-

|  |  |
|---|---|
| May 16, 2008 | Respectfully submitted,<br><br>FULBRIGHT & JAWORSKI, L.L.P.<br><br>/s/ Dan M. Peterson<br>Dan M. Peterson<br>D.C. Bar No. 418360<br>Ashley E. Seuell<br>D.C. Bar No. 494170<br>Caroline Mew<br>D.C. Bar No. 467354<br>801 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 662-0200<br>Facsimile: (202) 662-4643<br>Attorneys for Plaintiffs<br><br>Greg A. Cardenas<br>Byrne, Cardenas & Smitherman, LLP<br>5400 LBJ Freeway, Suite 1325<br>Dallas, TX 75240<br>Telephone: (972) 371-5264<br>Facsimile: (972) 371-5270<br>Of Counsel |